**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dale Anthony Burgard, | ) | Case No. 1:19-cr-072 |
| | ) | |
| Defendant. | ) | |

On June 18, 2020, defendant filed what the court construed as a pro se motion for substitution of counsel. The court subsequently scheduled an ex parte hearing on the motion for June 26, 2020, at 10:00 a.m.

On June 25, 2020, defendant filed a motion to withdraw his motion for substitution of counsel, advising that the issues precipitating his request for new counsel had been resolved and that he wants to keep his current attorney.

The court **GRANTS** defendant's motion to withdraw (Doc. No. 39) is **GRANTED**. The ex parte motion hearing scheduled for June 26, 2020, at 10:00 a.m. is **CANCELED**.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court